USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 APR -3  A 10: 22

CLERK'S OFFICE
AT GREENBELT

RECEIVED
U.S. MARSHALS
GREENBELT, MD
2013 APR -3  P 2: 13

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jeffery R. Sedgwick | AW 13 CV 0612 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Evans Law Associates, P.C. | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jason J. Evans, Esq. - Presendent, r/a for Evans Law Associates, P.C.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3842 Harlem Road, Suite 400-329, Cheektowaga, New York 1215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jeffery R. Sedgwick
9306 Hilltop Court
Laurel, Maryland 20708

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | XX |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Attached Secretary of State New York statement of Resident Agent for service of process.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 301-776-0985

DATE: March 29, 2013

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am  ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through February 22, 2013.

Selected Entity Name: EVANS LAW ASSOCIATES, P.C.
Selected Entity Status Information

Current Entity Name: EVANS LAW ASSOCIATES, P.C.
DOS ID #: 3376947
Initial DOS Filing Date: JUNE 16, 2006
County: ERIE
Jurisdiction: NEW YORK
Entity Type: DOMESTIC PROFESSIONAL CORPORATION
Current Entity Status: ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
JASON J. EVANS, ESQ.
3842 HARLEM RD, STE 400-329
CHEEKTOWAGA, NEW YORK, 14215

**Chairman or Chief Executive Officer**
JASON EVANS
3842 HARLEM ROAD
STE 400-329
CHEEKTOWAGA, NEW YORK, 14215

**Principal Executive Office**
EVANS LAW ASSOCIATES, P.C.
3842 HARLEM ROAD
STE 400-329
CHEEKTOWAGA, NEW YORK, 14215

**Registered Agent**
JASON J. EVANS, ESQ. - PRESIDENT
218 N LONG ST
WILLIAMSVILLE, NEW YORK, 14221

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 100 | No Par Value | |

*Stock information is applicable to domestic business corporations.

Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 16, 2006 | Actual | EVANS LAW ASSOCIATES, P.C. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS
Homepage | Contact Us

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Jeffery R. Sedgwick )
)
Plaintiff )
v. ) Civil Action No. AW 13 CV 0612
Evans Law Associates, P.C. )
)
Defendant )

RECEIVED
U.S. MARSHALS
GREENBELT, MD
2013 APR -3 P 2:13

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Evans Law Associates, P.C.
r/a Jason J. Evans, Esq.
3842 Harlem Road, Suite 400-329
Cheektowaga, New York, 14215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffery R. Sedgwick
9306 Hilltop Court
Laurel, Maryland 20708

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/3/2013

_____
Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. AW 13-cv-0612

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: