UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 APR 24  A 11: 26

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

| | |
|---|---|
| Jeffery R. Sedgwick<br>9306 Hilltop Court<br>Laurel, Maryland 20708<br><br>      Plaintiff.<br><br>  vs.<br><br>EVANS LAW ASSOCIATES, P.C.<br>3842 Harlem Road #400-329<br>Cheektowaga, New York 14245<br><br>      Defendant | CASE NO.  AW 13 CV 0612 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice.  This Notice is being filed before Defendant has served an Answer and therefore is appropriate for dismissal without stipulation by all parties. The parties have agreed that each party will bear its own fees and costs.

DATED this 29th day of April, 2013.

Respectfully submitted,

*[signature]*

Jeffery R. Sedgwick
9306 Hilltop Court
Laurel, Maryland 20708
301-776-0985
vze2snju@verizon.net

## CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named party by first class USPS mail.

Signed April 24th, 2013

_____
Jeffery R. Sedgwick

Service to:

JASON J. EVANS, ESQ. – PRESIDENT
c/o David Peltan, Esq.
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052
(716) 655-3887 office
(716) 374-5431 mobile